```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                     CORPUS CHRISTI DIVISION
```

COACHMAN INDUSTRIES, INC.            §
                                     §
    Plaintiff,                       §
                                     §
vs.                                  §   C.A. NO. C-05-264
                                     §
GULF INSURANCE COMPANY,              §
                                     §
    Defendant.                       §
                                     §

## ORDER

On this day the Court held a telephone conference in the above-styled action. At the conference, Plaintiff Coachman Industries ("Plaintiff") made an oral motion for leave to depose Darrell Barger, the mediator from a prior state court case in which Plaintiff was involved. Under Texas law, however, communications and records from a mediation are confidential and a mediator may not disclose such information. See, e.g., Tex. Civ. Prac. & Rem. Code §§ 154.053, 154.073. No exceptions to the rule of confidentiality apply in this case. Plaintiff's motion is therefore DENIED.

SIGNED and ENTERED this 25th day of January, 2006.

_____
Janis Graham Jack
United States District Judge