```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                CORPUS CHRISTI DIVISION
```

| | |
|---|---|
| COACHMAN INDUSTRIES, INC. | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | §   C.A. NO. C-05-264 |
| | § |
| GULF INSURANCE COMPANY, | § |
| | § |
| Defendant. | § |
| | § |

### ORDER

On this day the Court conducted a telephone conference in the above-styled action. At this hearing, the Plaintiff Coachman Industries ("Coachman") claimed attorney-client and work-product privileges with respect to the following two categories of documents: (1) memos from Coachman's in-house counsel to Coachman's Board of Directors, prior to the final settlement of the underlying, state court lawsuit; and (2) memos and emails with Coachman's in-house counsel's office to and from Coachman's in-house lawyers and paralegals, prior to the final settlement of the underlying, state court lawsuit. After hearing the argument of the parties, it is HEREBY ORDERED THAT:

1. No later than Wednesday, February 15, 2006 at 3:00 p.m., Plaintiff shall file under seal with the Court any documents from the above two categories for which a privilege is still claimed, along with any accompanying briefs; and

2. Defendant Gulf Insurance Co. has until Tuesday, February 21,

2006, to respond in any manner it chooses.

SIGNED and ENTERED this 7th day of February, 2006.

_____
Janis Graham Jack
United States District Judge